UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER WILLIAM HARRIS,<br><br>Plaintiff(s),<br><br>v.<br><br>LISA COMBS, et al.,<br><br>Defendant(s). | CASE NO. C23-0988-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Because Plaintiff has filed a notice of appeal (Dkt. No. 38), control of this case has been transferred to the United States Court of Appeals for the Ninth Circuit and Plaintiff's motions pending here (Dkt. Nos. 40, 41) must be STRICKEN. This case is STAYED while the Ninth Circuit appeal is pending.

Dated this 5th day of February, 2024.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 1